IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRILYN KENYON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:16-cv-0191 |
| | ) | Judge Crenshaw |
| CASSANDRA CLARE, a/k/a JUDITH | ) | Magistrate Judge Knowles |
| RUMELT, a/k/a JUDITH LEWIS | ) | |
| | ) | Jury Demand |
| and | ) | |
| | ) | |
| DOES 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR A STAY
OF DISCOVERY PENDING MOTION TO DISMISS**

Defendant Cassandra Clare ("Defendant" or "Clare") respectfully moves for a stay of discovery pending the determination of her Motion to Dismiss the First Amended Complaint (Doc. 41). As set forth in more detail in her Memorandum in Support filed simultaneously herewith, the Court has the discretion and inherent power to stay discovery until preliminary questions that may dispose of the case, such as lack of personal jurisdiction, are determined. In the present case, Defendant moved to dismiss the complaint in its entirety due, in part, to lack of personal jurisdiction. Contrary to Plaintiff Sherrilyn Kenyon's ("Plaintiff" or "Kenyon") opposition to the motion, Defendant believes that the motion is well-founded and should be granted.

Wherefore, Ms. Clare respectfully requests the Court grants the motion for a stay of discovery pending the determination of the motion to dismiss and all deadlines reset in accordance with such stay.

1

Respectfully submitted,

/s/ John R. Cahill
John R. Cahill (admitted pro hac vice)
Ronald W. Adelman (admitted pro hac vice)
CAHILL PARTNERS LLP
70 West 40th Street, 15th Floor
New York, New York 10018
Telephone: 212.719.4400
Facsimile: 212.719.4440
jcahill@cahilllawfirm.com

/s/ Samuel F. Miller
Samuel. F. Miller (TN BPR No. 22936)
Maia T. Woodhouse (TN BPR No. 30438)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5594
Facsimile: (615) 744-5594
Email: smiller@bakerdonelson.com
Email: mwoodhouse@bakerdonelson.com

Counsel for Defendant Cassandra Clare

CERTIFICATE OF SERVICE

I certify that on July 27, 2016, I served a copy of this document, via the Court's CM/ECF system upon the following:

James E. Mackler, Esq.
William L. Campbell, Jr., Esq.
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, TN 37201

/s/ Samuel F. Miller